

# Fourth Court of Appeals
## San Antonio, Texas

April 28, 2021

No. 04-21-00138-CV

**IN RE** Tara **BOVE** and Kevin Bove, Relators

Original Proceeding[1]

**ORDER**

The petition for writ of mandamus and motion for temporary relief are DENIED.

It is so **ORDERED** on April 28, 2021.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of April, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2020-CI-22591, styled *In the Interest of A.L.F., a Child*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Rosie Alvarado and the Honorable David A. Canales presiding.